# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

130951

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MITCHELL STEVENSON and
BETHANY STEVENSON,
      Plaintiffs-Appellants,

v

SC: 130951
COA: 255973
Grand Traverse CC: 03-022640-NH

BLUE CROSS BLUE SHIELD,
      Intervening-Plaintiff,

and

MICHAEL A. NIZZI, D.O. and
MUNSON MEDICAL CENTER,
      Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the January 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

s0724